**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-60138-ELA**

**UNITED STATES OF AMERICA**

**vs.**

**CHRISTOPHER HARWOOD,**

**Defendant.**

______________________________/

# AGREED FACTUAL BASIS FOR GUILTY PLEA

From in or around April 2019 through in or around June 2025, in Broward County, in the Southern District of Florida, and elsewhere, the defendant, CHRISTOPHER HARWOOD ("HARWOOD"), knowingly and willfully conspired and agreed with Ronald Dean, Thomas Webster, Zachary S. Seid, Brady Washburn, and others to commit health care fraud and wire fraud, in violation of Title 18, United States Code, Section 1349. Medicare is a "health care benefit program" as defined in Title 18, United States Code, Section 24. Furthermore, Medicare is a health care benefit program affecting commerce.

HARWOOD, a resident of Broward County, Florida, owned and operated TELEVISITMD, INC., a corporation formed under the laws of Florida; TELEVISITMD LOCUM TENENS, LLC, a limited liability company formed under the laws of Florida; HARWOOD HEALTHCARE CORPORATION, a corporation formed under the laws of Florida; HARWOOD GLOBAL LLC, a limited liability company formed under the laws of Florida; NORTH MEDRX LLC, a limited liability company formed under the laws of Florida; SOUTH MEDRX LLC a limited liability company formed under the laws of Florida; and WEST MEDRX LLC, a limited

liability company formed under the laws of Florida (collectively, the "TELEVISIT NETWORK"), all of which HARWOOD operated together as a purported telemedicine and durable medical equipment ("DME") supply business, with a principal place of business in Broward County, Florida.

HARWOOD, through the TELEVISIT NETWORK, in exchange for illegal kickbacks and bribes, and often via interstate wires, sold doctors' orders authorizing Medicare beneficiaries to receive medically unnecessary DME and genetic tests to DME suppliers (including Zachary S. Seid, Brady Washburn, and others), laboratories, and purported marketers. HARWOOD and his co-conspirators targeted Medicare beneficiaries through telemarketing campaigns to induce them to accept medically unnecessary DME and genetic tests that DME suppliers and laboratories could bill to Medicare. The physicians that HARWOOD employed, including Ronald Dean, Thomas Webster, and others, did not comply with Medicare's requirements for telemedicine consultations, did not have a legitimate patient-physician relationship with the beneficiaries, and often authorized the medical items and services without any meaningful interaction with the beneficiaries. HARWOOD understood that the DME and laboratory tests were not ordered by a physician treating the beneficiary for any specific medical problem, symptom, illness or diagnosis and that the DME and laboratory tests were, therefore, medically unnecessary. HARWOOD nonetheless billed (or caused to be billed) those purported consultations to Medicare through the TELEVISIT NETWORK via interstate wires. HARWOOD also knew that the DME companies (including, but not limited to, companies in the TELEVISIT NETWORK that he owned and controlled) and laboratories used the doctors' orders to submit false and fraudulent claims to Medicare.

As a result of HARWOOD's participation in the conspiracy, a total of at least $46,243,587.41 in false and fraudulent claims were submitted to Medicare, of which Medicare paid at least $17,942,402.22. From in or around April 2019 through in or around June 2025, HARWOOD received approximately $10,431,436 in gross proceeds traceable to the health care fraud and wire fraud conspiracy.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

Date: 12/9/25 By: ______________________
CHRISTOPHER HARWOOD
DEFENDANT

Date: 12/9/25 ______________________
COUNSEL FOR CHRISTOPHER HARWOOD

Date: 12/9/25 ______________________
OWEN DUNN
TRIAL ATTORNEY
FRAUD SECTION, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

As a result of HARWOOD's participation in the conspiracy, a total of at least $46,243,587.41 in false and fraudulent claims were submitted to Medicare, of which Medicare paid at least $17,942,402.22. From in or around April 2019 through in or around June 2025, HARWOOD received approximately $10,431,436 in gross proceeds traceable to the health care fraud and wire fraud conspiracy.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

Date: 12/9/25 By: ______________________
CHRISTOPHER HARWOOD
DEFENDANT

Date: 12/9/25 ______________________
COUNSEL FOR ~~CHRISTOPHER HARWOOD~~

Date: ~~12/9/25~~ 3/20/26 ______________________
OWEN DUNN
TRIAL ATTORNEY
FRAUD SECTION, CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE